**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KYNITH UWDIL EL DEY,<br><br>Plaintiff,<br><br>v.<br><br>CODY MACK, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:26-CV-00486<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**<u>ORDER</u>**

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the court grant Plaintiff's motion for leave to proceed *in forma pauperis*, dismiss Plaintiff's Fourth Amendment and *Monell* claims, and serve the complaint as to Plaintiff's Fourteenth Amendment unlawful detention and conditions of confinement claims. (Doc. 8.) Plaintiff filed objections wherein he argues that the report and recommendation improperly resolves factual disputes, fails to address his pre-charge detention claim, and the existence of probable cause was decided prematurely. (Doc. 9.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C.

§ 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Chief Judge Bloom's report and recommendation and finds no clear error or manifest injustice on the face of the record. Plaintiff's objections are conclusory in nature, merely express disagreement with the court's analysis, and reargue his complaint. Accordingly, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's objections to the report and recommendation, Doc. 9, are **OVERRULED**.

2) The report and recommendation, Doc. 8, is **ADOPTED**.

3) Plaintiff's motion to proceed *in forma pauperis*, Doc. 2, is **GRANTED**.

4) Plaintiff's Fourth Amendment and *Monell* claims (Counts I, II, and IV) are **DISMISSED**. The Clerk of Court shall terminate Defendants Cody Mack, Pennsylvania State Police, and David L. Plum from this action.

5) The remaining claim in Plaintiff's complaint, Doc. 1, is Count III for unlawful detention and conditions of confinement in violation of the Fourteenth Amendment.

6) The Clerk of Court shall serve Plaintiff's complaint, Doc. 1, on Defendants Franklin County and the Sheriff of Franklin County.

7) This matter is referred back to Chief Magistrate Judge Bloom for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: November 5, 2026